# MEMORANDUM

To: All Counsel
From: Judge Edwin M. Kosik
Date: 5/20/2010
Re: Cramer v. Deem, No. 3:07-CV-522

I am prepared to rule on several of the in limine motions even though we deferred in doing so until prior to early October.

There are questions I have on Motions Nos. 3 and 4. If it is your mutual pleasure, we can meet at an earlier time; especially if the rulings could lead to a possible settlement.

EMK